NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHICAGO TITLE INSURANCE )
COMPANY, a Nebraska corporation, )
)
Petitioner, )
)
v. ) Case No. 2D18-877
)
GASPAR'S PASSAGE, LLC, an )
Ohio limited liability company, )
)
Respondent. )
_____)

Opinion filed September 5, 2018.

Petition for Writ of Certiorari to the
Circuit Court for Pasco County;
Gregory G. Groger, Judge.

Martin S. Awerbach and Michael A.
Cohn of Awerbach | Cohn,
Clearwater, for Petitioner.

William P. Cassidy, Jr. and James
Jeffrey Burns of Johnson & Cassidy,
P.A., Tampa, for Respondent.


PER CURIAM.

   Denied.


NORTHCUTT, CRENSHAW, and ROTHSTEIN-YOUAKIM, JJ., Concur.